WOLF NATELSON, Respondent, v. A. B. L. HOLDING Co., INC., and Others, Appellants.— Order referring the matter to an official referee to take proof, entered April 25, 1934, reversed on the law and the facts, without costs, and the motion denied. The motion for an accounting is premature, for the plaintiff has not followed the directions of the judgment in first selling the real property under an execution. Until that is done and the amount applicable to the deficiency judgment determined, the plaintiff is not entitled to an accounting from the individual defendants. Furthermore, the proceeding before an official referee is contrary to the directions of the judgment wherein a referee was appointed to examine into the transaction and to report the sums that have been received by the defendants and the disposition of the property. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

MAURICE NIAS, Respondent, v. ERMA L. NIAS, Sued Herein as IRMA L. NIAS, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion for counsel fee to prosecute the appeal and to pay for the expenses thereof granted, with ten dollars costs, in the sum of one hundred and fifty dollars. There appears to be some merit in the appeal, and that it may be successfully prosecuted. Young, Hagarty, Scudder and Davis, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

WILLIAM R. NICLAS, Appellant, v. EDNA SCHLICKER NICLAS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

SALVATORE ORILIA, Respondent, v. THE MACCABEES, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Haggarty, Scudder and Davis, JJ.

OSBORNE TRUST COMPANY, Appellant, v. LOUISE BENNETT and Another, Defendants, and FRANK B. ELDREDGE, Respondent.— Order denying motion to strike out the answer of defendant Eldredge and to direct judgment for plaintiff reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, the court being of opinion that there is no defense to the action, and that the record presents no triable issues. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.